IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-071 |
| | ) | |
| TERRY O'DELL DUMAS | ) | |

_____

**O R D E R**

_____

At the hearing held on November 28, 2022, Defendant, voluntarily, and with assistance of counsel, waived his right to a preliminary hearing on the petition for violations of conditions of supervised release.  Therefore, I find sufficient cause to have this matter scheduled before the presiding District Judge for a final hearing.

In accordance with the Bail Reform Act, the Court conducted a detention hearing on November 28, 2022, pursuant to 18 U.S.C. § 3142(f).  Defendant failed to carry his burden of establishing by clear and convincing evidence that he will not pose a danger to any other person or to the community.  See Fed. R. Crim. P. 32.1(a)(6).  He is addicted to marijuana and will commit the same type of violations alleged in the petition if released into the community until the revocation hearing.  However, the Court and government agreed that it would be appropriate to release Defendant on bond if he were admitted into an inpatient substance abuse

program. Defendant has since submitted proof of his admission to The Hale Foundation, and the Court will release him to attend this program under the conditions specified in the Order Setting Conditions of Release.

SO ORDERED this 30th day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA